

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00206-CR

**IN RE** Juan Antonio **VERASTEGUI HERNANDEZ**

Original Proceeding[1]

PER CURIAM

Sitting:     Luz Elena D. Chapa, Justice
            Irene Rios, Justice
            Lori I. Valenzuela, Justice

Delivered and Filed: May 3, 2023

PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT

On March 6, 2023, relator filed a petition for writ of mandamus. Relator also filed a motion for stay of the underlying proceeding pending final resolution of the petition for writ of mandamus, which this court granted in part on March 8, 2023.

Relator's mandamus petition argues the trial court has failed to rule on his application for writ of habeas corpus and his motion to waive his required in-person attendance at a March 9, 2023 pretrial hearing. During the pendency of this original proceeding, the trial court ruled on relator's application for writ of habeas corpus. Because relator has received a ruling on his application for writ of habeas corpus, this issue is now moot. *See In re Bonilla*, 424 S.W.3d 528, 534 (Tex. Crim. App. 2014) (orig. proceeding) (holding mandamus petition was moot where relator received relief

---

[1] This proceeding arises out of Cause No. 10982CR, styled *State of Texas v. Juan Antonio Verastegui Hernandez*, pending in the County Court, Kinney County, Texas, the Honorable Todd Alexander Blomerth presiding.

sought). Additionally, because of the stay granted by this court, relator's complaint about his required in-person attendance at the March 9, 2023 pretrial hearing is moot. *See id.*

Based on the record before us, relator has obtained the relief sought in his petition for writ of mandamus. Accordingly, his petition for writ of mandamus is moot. *See id.* We, therefore, dismiss relator's petition for writ of mandamus and lift the stay.

PER CURIAM

DO NOT PUBLISH